### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BRIAN CORMIER,<br><br>Plaintiff,<br><br>v.<br><br>DEVON ENERGY CORPORATION *et al*,<br><br>Defendants. | Case No. 2:25-cv-00164-MLG-DLM |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Brian Cormier and Defendant Nabors Drilling Technologies USA, Inc. jointly stipulate and agree that all claims and causes of action asserted in this lawsuit by Plaintiff against Defendant Nabors Drilling Technologies USA, Inc. shall be, and are, dismissed with prejudice.

Each party to this stipulation shall bear its own costs and attorneys' fees.

DATED: APRIL 22, 2025

| | |
|---|---|
| ARNOLD & ITKIN LLP & FLORES, TAWNEY & ACOSTA P.C. | RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A. |

/s/ Cory Itkin (by permission)

Alexandra F Poulson
Cory D Itkin
Jason A. Itkin
Jonathan Mack
Noah M. Wexler
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800
apoulson@arnolditkin.com
citkin@arnolditkin.com
jitkin@arnolditkin.com
jmack@arnolditkin.com
nwexler@arnolditkin.com

James Daniel Tawney
Flores, Tawney & Acosta P.C.
1485 N. Main St., Ste. B
Las Cruces, NM 88001
575-222-1000
jtawney@tacinjurylaw.com

*Attorneys for Plaintiff Brian Cormier*

/s/ Kara B. Murphy
Nelson Franse
Charles J. Vigil
Kara B. Murphy
Post Office Box 1888
Albuquerque, New Mexico  87103-1888
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
nfranse@rodey.com
cvigil@rodey.com
kmurphy@rodey.com

*Attorneys for Defendant Nabors Drilling Technologies USA, Inc.*