# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

_____

BRIAN CORMIER,

      Plaintiff,

v.

                                        Case No. 2:25-cv-00164-MLG-DLM

DEVON ENERGY CORPORATION,
DEVON ENERGY PRODUCTION COMPANY
LP, and NABORS DRILLING TECHNOLOGIES
USA, INC.,

      Defendants.

## NOTICE MEMORIALIZING DISMISSAL

      This matter comes before the Court on the Plaintiff Brian Cormier and Defendant Nabors Drilling Technologies USA, Inc.'s Joint Stipulation of Dismissal with Prejudice. Doc. 31. Stipulations of dismissal are self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). In the interest of clarity, however, the Court enters this notice memorializing which claims have been dismissed.

      All claims and causes of action asserted in this lawsuit against Defendant Nabors Drilling Technologies USA, Inc., have been dismissed with prejudice pursuant to Rule 41(a)(1). The parties shall bear their own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA